422 A.2d 701

Commonwealth v. Geisler, Appellant.

 Submitted March 23, 1979. George C. Yatron, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.